YANN GERON, Chapter 7 Trustee
c/o Fox Rothschild LLP
100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7900



UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re                                       :      Chapter 7
                                            :
OFFICE FURNITURE ON CALL, INC.,             :      Case No. 09-16903 (SMB)
                                            :
                       Debtor.              :
------------------------------------------------------x

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
## MANHATTAN

### NOTICE TO THE CLERK OF UNCLAIMED DISTRIBUTION FUNDS

**TO THE CLERK OF THE COURT:**

The final distribution in the above-referenced case occurred on January 12, 2015. Returned and/or uncashed distributions were reviewed, and based upon updated creditor information, the Trustee re-distributed certain funds on February 6, 2015. These re-distributed checks have since become stale or have been returned. All returned and/or uncashed checks have been voided.

The attached check totaling **$20,189.36** represents the total sum of unclaimed distribution funds in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Distribution |
|---|---|---|
| *The Whalen Berez Group LLC*<br>*9 Wellington Court*<br>*Colts Neck, NJ 07722* | 7 | $7,135.84 |
| *The Lucia Group*<br>*45 Main Street, Suite 204*<br>*Brooklyn, NY 11201*<br><br>*247 W. 35th Street*<br>*New York, NY 10001* | 44 | $3,589.33 |
| *De Lage Landen Financial Services Inc.*<br>*1111 Old Eagle School Road*<br>*Wayne, PA 19087* | 43 | $84.61 |
| *Verizon Wireless*<br>*PO Box 3397*<br>*Bloomington, IL 61702* | 37 | $428.32 |

500 Technology Drive, Suite 550
Welding Spring, MO 63304
Attn: Bankruptcy Department

Sinegia Inc.
c/o Emery Celli Brinckeroff & Abady LLP                    26                            $8,951.26
75 Rockefeller Plaze, 20th Floor
New York, NY 10019

c/o Emery Celli Brinckerhoff & Adaby LLC
545 Madison Avenue
New York, NY 10022

                                                             Total:            $20,189.36

Dated:    4/16/15

                                                             Yann Geron, Trustee